IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARK W. BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-CV-1038 |
| | ) | |
| CITY OF DURHAM POLICE | ) | |
| DEPARTMENT, PATRICE | ) | |
| ANDREWS, POLICE CHIEF, in her | ) | |
| individual and official capacity, | ) | |
| GEORGE ZEIPEKKIS, CAPTAIN, in | ) | |
| his individual and official capacity, and | ) | |
| TYLER STEBBINS, OFFICER, in his | ) | |
| individual and official capacity, | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed on May 13, 2025, Doc. 27, it is hereby

**ORDERED AND ADJUDGED** that the defendants' motion to dismiss is **GRANTED**

and this case is **DISMISSED** with prejudice.

This the 14th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE